**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

DEBTOR: Eugenio Lopez          JOINT DEBTOR:                    CASE NO.:
Last Four Digits of SS# 1937   Last Four Digits of SS#

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $ 190.94  for months 1 to 60; in order to pay the following creditors:

Administrative:    Attorney's Fee - $ 3650 TOTAL PAID $ 2200 Balance Due $ 1450 payable $ 145.00 month (Months 1 to 10)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. None                           Arrearage on Petition Date  $
Address:                          Arrears Payment    $         /month (Months      to      )
                                  Regular Payment    $         /month (Months      to      )
Account No:

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Wells Fargo Bank NV NA Account No: xxxx 1998 | 1710 West 84 Street, Hialeah, FL 33014 $254,608.00 | 0% | None | None | Strip off Mortgage |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. None             Total Due  $
                    Payable    $         /month (Months      to      ) Regular Payment $

Unsecured Creditors: Pay $ 26.85/month (Months 1 to 10  and Pay $ 171.85 /month (Months 11 to 60).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor is current with secured creditor Wells Fargo Home Mortgage Account No:xxxx1517 and will continue to pay this creditor directly outside the chapter 13 plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

    /s/ Robert Sanchez, Esq.
Attorney for the Debtor                              Joint Debtor
Date: 10-20-2014                                     Date:

LF-31 (rev. 01/08/10)