UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In Re: Eugenio Lopez                                   Case No: 14-33265-LMI
                                                       Chapter 13

                    Debtor                    /

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of the Motion to Value and Determine Secured Status of Lien on Real Property and Notice of Hearing were sent to all interested parties on November 17, 2014 as follows:

Electronically:

Nancy N. Niedich, Trustee

Via First Class Mail:

Debtor, Eugenio Lopez
1710 W 84th Street
Hialeah, FL 33014-3250

Wells Fargo Bank
POB 31557
Billings, MT 59107

Wells Fargo, N.A.
Corporation Service Company, R.A.
1201 Hays Street
Tallahassee, FL 32301

Wells Fargo
301 S Tryon St
Charlotte, NC 28282

Wells Fargo Bank
c/o John G. Stumpf, CEO
P.O. Box 63710
San Francisco, CA 94163

1

Via Certified Mail:

Wells Fargo Bank
c/o John G. Stumpf, CEO
P.O. Box 63750
San Francisco, CA 94163

Wells Fargo Bank
c/o John G. Stumpf, CEO
420 Montgomery Street
San Francisco, CA 94104

Wells Fargo Home Mortgage
c/o Mike Heid, CEO
One Home Campus,
Des Moines, IA 50328-0001

                              Respectfully Submitted:

                              **ROBERT SANCHEZ, P.A.**
                              Attorney for Debtor
                              355 West 49th Street
                              Hialeah, FL 33012
                              Tel. 305-687-8008

                              By:*/s/ Robert Sanchez*_____
                               Robert Sanchez, Esq., FBN#0442161